

Case 2:23-cr-00113-SVW Document 40 Filed 02/28/24 Page 1 of 2 Page ID #:261

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 8:23-cr-00113-SVW |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | |
| NEVEAH ROSA YBARRA, | |
| Defendant. | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including alleged absconding and failure to report to a residential reentry center as instructed, new criminal convictions for burglary, grand theft, and providing a false identification to*

1       *a peace officer in the two months since her absconder status*

2       and

3 B. ( X ) The defendant has not met defendant's burden of establishing by clear and

4     convincing evidence that he is not likely to pose a danger to the safety of any other

5     person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is

6     based on: *nature of current allegations, including alleged absconding and failure to*

7     *report to a residential reentry center as instructed, new criminal convictions for burglary,*

8     *grand theft, and providing a false identification to a peace officer in the two months*

9     *since her absconder status*

11       IT THEREFORE IS ORDERED that the defendant be detained pending further

12 revocation proceedings.

14 Dated: 2-28-24

16                               /s/ John D. Early

17                          JOHN D. EARLY
                            United States Magistrate Judge